**Order entered November 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01253-CV

## IN THE INTEREST OF T.L.C., A CHILD

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-14-0558**

## ORDER

We **GRANT** appellant's November 10, 2015 motion for extension of time to file brief to the extent we **ORDER** the brief be filed no later than December 4, 2015. Because this is an accelerated appeal in a parental termination case, no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE